UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CHRISTOPHER CONNOLLY,

        Plaintiff,

        - against –

TOPPOP, LLC and ICONIC BRANDS, INC.,

        Defendants.

-------------------------------------------------------------------x

23 Civ. 3759 (JMA)(AYS)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the annexed affirmation of H. David Krauss, Plaintiff Christopher Connolly will move this Court before the Honorable Joan M. Azrack, United States District Judge for the Eastern District of New York, at the United States District Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, for an Order for a Default Judgment against Defendant **Iconic Brands, Inc.** and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       December 8, 2023

                              BANTLE & LEVY LLP

                        By: *H. David Krauss*
                              Robert L. Levy (RL-1633)
                              H. David Krauss (HK-4093)
                              99 Park Avenue, Suite 1510
                              New York, New York 10016
                              Tel: (212) 228-9666
                              levy@civilrightsfirm.com
                              krauss@civilrightsfirm.com
                              *Attorneys for Plaintiff Christopher Connolly*